IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUSAN FLANDER, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-12-713 |
| | § | |
| KFORCE, INC., ROBYN DYCK, | § | |
| JIM SYKES, and JP MORGAN CHASE, | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

This court has reviewed the Memorandum and Recommendation for Dismissal of the United States Magistrate Judge signed on November 1, 2012, as well as the plaintiff's sets of objections. This court has made a *de novo* determination of the Magistrate Judge's recommended rulings and the objections to those recommendations. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that JPMorganChase, Jim Sykes, and Kforce were not properly served. This court finds and concludes that the plaintiff has failed to state a claim against Robyn Dyck as to which relief can be granted and that amendment of her pleadings would be futile. Finally, this court finds and concludes that even if JPMorganChase, Sykes, and Kforce had been properly served, the plaintiff has failed to state a claim against them and could not do so if given leave to amend. Accordingly, the defendants' motion to dismiss are granted; the plaintiff's motion for summary judgment, motion for a default judgment, and motion to quash are denied; and this case is dismissed, with prejudice. Final judgment is entered by separate order.

SIGNED on November 19, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge